IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiffs, | ) | No CR-04-5171-AWI |
| vs. | ) | ORDER OF RELEASE |
| HUGO ORTEGA SOTELO | ) | |
| Defendant. | ) | |

The above named defendant having been sentenced on April 8, 2013 TO 105 MONTHS AND 19 DAYS, (TIME SERVED)

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH . A certified Judgment and Commitment order to follow.

DATED: 4-8-13

ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1